deceased and that he may have acted under a sudden and intense passion resulting from that provocation. It is also relevant that the defendant testified that the deceased had struck him with a pool stick while he was being beaten by Waters.

The trial court did not err by giving Instruction 7.03 and in failing to give 7.05.

The judgment is affirmed.

G. MORAN, P. J., and CREBS, J., concur.

JOHN SNYDER, Plaintiff-Appellant, *v.* CLARENCE TANNER, Defendant-Appellee.

(No. 72-181;

Second District—April 3, 1974.

Opinion by Mr. JUSTICE T. MORAN.

Raymond T. Brasel, of Batavia, for appellant.

O'Brien, Burnell, Puckett & Barnett, of Aurora, for appellee.